1  THOMAS E. GEIDT (SB# 80955)
   KATHERINE C. HUIBONHOA (SB# 207648)
2  LAURA N. MONFREDINI (SB# 221153)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  Twenty-Fourth Floor
   55 Second Street
4  San Francisco, CA  94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  J. AL LATHAM, JR. (SB# 71605)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  Twenty-Fifth Floor
   515 South Flower Street
8  Los Angeles, CA  90071
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 Attorneys for Defendants
   PACIFIC BELL TELEPHONE COMPANY (erroneously sued as
11 "SBC COMMUNICATIONS, INC."), ALICE HUERTA, and
   DEBORAH THOMAS

12                  UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14

15 WILLIAM GAINES,                    CASE NO. CIV-S-04-2297 MCE/GH

16              Plaintiff,

17      vs.                           **SUBSTITUTION OF ATTORNEYS**

18 SBC COMMUNICATIONS, INC.,
19 ALICE HUERTA, DEBRA THOMAS;
   DOE 1; DOE 2; DOE 3; DOE 4; DOES 5
20 through 100, inclusive,

21              Defendants.

22

23

24

25

26

27

28

1    TO THE CLERK OF THE COURT, TO PLAINTIFF WILLIAM GAINES AND TO HIS

2    ATTORNEY OF RECORD, DANIEL L. MITCHELL, LAW OFFICES OF DANIEL

3    MITCHELL:

4

5    PLEASE TAKE NOTICE that defendants Pacific Bell Telephone Company (erroneously

6    sued as "SBC COMMUNICATIONS, INC."), Alice Huerta, and Deborah Thomas hereby

7    substitute J. Al Latham, Jr., Thomas E. Geidt, Katherine C. Huibonhoa, and Laura N. Monfredini

8    of Paul, Hastings, Janofsky & Walker LLP for Theresa C. O'Loughlin, Esq.,  Pacific Bell

9    Telephone Company, as its attorneys of record in this proceeding.  The contact information for

10   Mr. Latham, Mr. Geidt, Ms. Huibonhoa and Ms. Monfredini is as follows:

11

12   J. AL LATHAM, JR. (SB# 71605)
     PAUL, HASTINGS, JANOFSKY & WALKER LLP
13   Twenty-Fifth Floor
     515 South Flower Street
14   Los Angeles, CA  90071
     Telephone:  (213) 683-6000
15   Facsimile:  (213) 627-0705

16   THOMAS E. GEIDT (SB#  80955)
     KATHERINE C. HUIBONHOA (SB# 207648)
17   LAURA N. MONFREDINI (SB# 221153)
     PAUL, HASTINGS, JANOFSKY & WALKER LLP
18   Twenty-Fourth Floor
     55 Second Street
19   San Francisco, CA  94105-3441
     Telephone: (415) 856-7000
20   Facsimile: (415) 856-7100

21

22   We consent to this substitution.

23   Dated:  August ___, 2005.         PACIFIC BELL TELEPHONE COMPANY
                                        (erroneously sued as "SBC COMMUNICATIONS,
24                                      INC."),

25                                      By:  _____
                                                 THERESA C. O'LOUGHLIN
26                                      Counsel for PACIFIC BELL TELEPHONE
                                        COMPANY (erroneously sued as "SBC
27                                      COMMUNICATIONS, INC."), ALICE HUERTA,
                                        and DEBORAH THOMAS

28

SF/375285.2

-1-

1    Dated:  August ___, 2005.          PACIFIC BELL TELEPHONE COMPANY
                                        (erroneously sued as "SBC COMMUNICATIONS,
2                                       INC."),

3
                                        By:_____
4                                            THERESA C. O'LOUGHLIN

5

6    Dated:  August ___, 2005.

7
                                        By:_____
8                                            ALICE HUERTA

9
     Dated:  August ___, 2005.
10

11                                      By:_____
                                             DEBORAH THOMAS
12

13   We accept this substitution.

14
     DATED:  August 10, 2005           PAUL, HASTINGS, JANOFSKY & WALKER LLP
15

16
                                        By:_____
17                                           LAURA N. MONFREDINI

18   Attorneys for Defendants
     PACIFIC BELL TELEPHONE COMPANY
19   (erroneously sued as "SBC COMMUNICATIONS,
     INC."), ALICE HUERTA, and DEBORAH
20   THOMAS

21   IT IS SO ORDERED:

22

23   DATED:  August 15, 2005

24                                      _____
                                        MORRISON C. ENGLAND, JR.
25                                      UNITED STATES DISTRICT JUDGE

26

27

28
                                                USDC ED CAL CASE NO. CIV-S-04-02297
                                    -2-         SUBSTITUTION OF ATTORNEYS
                                                FOR DEFENDANTS
                                        SF/375285.2