1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   KATHERINE C. HUIBONHOA (SB# 207648)
2  Twenty-Fourth Floor
   55 Second Street
3  San Francisco, CA  94105-3441
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100

5  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   J. AL LATHAM, JR. (SB# 71605)
6  Twenty-Fifth Floor
   515 South Flower Street
7  Los Angeles, CA  90071
   Telephone:  (213) 683-6000
8  Facsimile:  (213) 627-0705

9  Attorneys for Defendants
   PACIFIC BELL TELEPHONE COMPANY (erroneously sued as
10 "SBC COMMUNICATIONS, INC."), ALICE HUERTA, and
   DEBORAH THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM GAINES, | CASE NO. CIV-S-04-02297 MCE GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER SETTING REVISED PRETRIAL (STATUS) SCHEDULING ORDER** |
| vs. | |
| SBC COMMUNICATIONS, INC., ALICE HUERTA, DEBRA THOMAS; DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 through 100, inclusive, | |
| Defendants. | |

///

///

///

///

///

///

///

1    WHEREAS defendants previously were represented by counsel who no longer
2 remains in-house;
3    WHEREAS the undersigned counsel for defendants was recently retained in this
4 case and requires additional time to evaluate the relevant facts and legal issues presented; and
5    WHEREAS both parties require additional time to conduct and complete
6 discovery, and believe that it would be mutually beneficial and serve the interests of justice to
7 have additional time to conduct and complete discovery;
8    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the
9 fact and expert discovery cut-off dates previously set by the Court in the Pretrial (Status)
10 Scheduling Order, dated January 14, 2005, shall be revised by 60 and 30 days, respectively, as
11 follows:

|  | Current Date | New Date |
|---|---|---|
| Non-expert discovery cut-off | September 12, 2005 | November 14, 2005 |
| Disclosure of expert witnesses | November 7, 2005 | December 7, 2005 |

Other dates indicated in the Pretrial (Status) Scheduling Order, including the motion hearing schedule and trial date, shall remain the same.

DATED: _____, 2005          PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                         By: _____
                                                KATHERINE C. HUIBONHOA

                                         Attorneys for Defendants
                                         PACIFIC BELL TELEPHONE COMPANY (erroneously
                                         sued as "SBC COMMUNICATIONS, INC."), ALICE
                                         HUERTA, and DEBORAH THOMAS

///
///
///

-2-

1 DATED: _____, 2005        LAW OFFICES OF DANIEL L. MITCHELL

2

3                                       By: _____
                                              DANIEL L. MITCHELL
4                                       Attorneys for Plaintiff
                                        WILLIAM GAINES
5

6

7 IT IS SO ORDERED:

8
  DATED: August 25, 2005
9

10                                      _____
                                        MORRISON C. ENGLAND, JR
11                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28